IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

LARRY SCOTT DALTON,

    Plaintiff,

v.

GEORGIA DEPARTMENT OF
CORRECTIONS,

    Defendant.

CIVIL ACTION NO.: CV612-098

## ORDER

Plaintiff sought to proceed *in forma pauperis* in this case brought pursuant to 42 U.S.C. § 1983. By Order dated October 23, 2012, Plaintiff was advised of the changes in procedures for filing and litigating prisoner civil rights suits brought about by the Prison Litigation Reform Act. Plaintiff was given until November 22, 2012, to notify the Court in writing as to whether, in light of the Prison Litigation Reform Act, he desired that his complaint be considered by the Court.

Plaintiff has failed to respond to that October 23, 2012, Order. Accordingly, as set forth in said Order, this action is **DISMISSED**, without prejudice.

**SO ORDERED**, this _13_ day of _Dec_, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)